UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03 @ 20716
Moreno

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
Southern District of Florida
Miami Division.

Sean O'Connor,

vs.

Beatrixe Eugene et.al.,

Case No: 03-20716-Civ-Moreno
Magistrate Judge P.A. White

FILED by ___ B.S.
INTAKE
JAN 07 2008
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. – MIAMI

## Amend Motion for Taxation of Cost Fed.R.App.P. 39(e)

Plaintiff/Appellant, Sean O'Connor in pro, se. Moves this Honorable Court to "Tax all Costs" associated in the above case, pursuant to Fed.R.App.P 39(e). In suppor of this Motion.

① . On May 20, 2006. Appellant filed a notice of appeal in this Court. Appealling the dismissal on March 31, 2006, for case No: 03-20716-Civ-Moreno.

② . On December, 5, 2006. Appellant signed the consent form authorizing Taylor Correction Institution to pay the required $455.00 appellant filing fee from O'Connor's prison account, to the district Court where notice of appeal was filed. Pursuant to Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915. Appeal Docit number, 06-12771-G.

③ . On September 20, 2007. This Court recieved an Order from the Eleventh Circuit Court, granting appealants appeal.

④. As a result of the Eleventh Circuit Court's ruling, appellant prevailed on appeal and is entitled as prevailing party for reimbursment of all cost payed as a result of this appeal, such as the "filing fee for Notice of appeal."

⑤. The petitioner has payed $105.60 of the $455.00., Pursuant to Eleventh Circuit Court's ruling October. 30, 2007., this Court has jurisdiction over this matter.

Accordingly, plaintiff/petitioner is entitled to $105.60 which has been payed to this Court. (see: Attachment)

## Certificate of Service

I Hereby Certify a true and Correct Copy of the foregoing has been furnished to; Oren Rosenthal, at 111 N.W. 1st street suite 2810, Miami-Florid, 33128_ by U.S. mail according to the Mailbox rule. This 31 day of December 2007

Dated 12/31/07

Respectfully Submitted
Sean O'Connor
Sean O'Connor 138044
Taylor Correction Institute
8629 Hamptonsprings, Rd.
Perry, Florida. 32348.

🖥 IBSS042          Inmate Trust Fund Account          12/19/07 9:43:40 AM

## Account Summary

**Account Type:** INMATE TRUST FUND

**Account ID:** 138044   Confirm

**Account Name:** O'CONNOR, SEAN   Search

**Current Facility:** TAYLOR ANNEX

**Housing:** J1219L

**P.O.Box:**

**AKA:** OCONNER, LAWRENCE G.

**Date of Birth:** 05/29/1969

**EOS Release Date:** 12/01/2011

**Account Status:** ACTIVE

**As of Date:** 06/21/2007

**Verified Veteran:** NO

**Current Balance:** $79.51

**Hold Balance:** $0.00

**Withdrawals in Suspense:** $0.00

**Spendable Balance:** $0.00

**Unposted Deposits:** $0.00

**Lien Balance:** $349.40

**Canteen Limit:** $79.51

**Savings Balance:** $0.00

**Eligible for Release Payment:**

**Current COP Balance:** $0.00

Submit   Rebuild Balances   Satisfy Liens

Retrieve   *Transaction Date:* 11/19/2007

| Transaction Date | Transaction Type | Status | Facility | Reference Number | +/- | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/18/2007 | PROCESSING FEE W/D | PROCESSED | CENTRAL OFFICE | 121807516050 | - | $0.50 | ($0.49) |
| 12/18/2007 | FED PRISON LITIGATION LIEN PAY | PROCESSED | CENTRAL OFFICE | 06-12771-GG | - | $20.00 | ($20.49) |
| 12/18/2007 | MONEY ORDER | PROCESSED | C.O. (MONEY ORDER) | 087400814291 | + | $100.00 | $79.51 |

Next 50 Transactions   Prior 50 Transactions

http://aco18/ib/ibss042.asp                                               12/19/2007

```
IBSR100 (67)


                              DEPOSIT RECEIPT

                          NUMBER:   4642817


         DATE:  12/18/07              FACILITY:    TAYLOR ANNEX
  DEPOSITED TO: 138044             HOUSING LOC:    J1219L
                O'CONNOR, SEAN         P.O. BOX:

      REMITTER: KERNAGHAN, MICHEL  REFERENCE NO:   087400814291
                                     DEPOSIT NO:   20071218516
        AMOUNT:       $100.00             TYPE:    MONEY ORDER

                   *** ALL DEPOSITS OF $ 400.00 OR GREATER WILL HAVE ***
                   *** A 10 DAY HOLD PLACED ON THEM (WITH THE         ***
                   *** EXCEPTION OF WESTERN UNION QUICK COLLECT       ***
                   *** DEPOSITS).                                     ***

------------------------------------------------------------------------------

                              DEDUCTIONS

              TYPE                    REFERENCE #           AMOUNT
      FED PRISON LITIGATION LIEN PAY  121807516050          $20.00
           LIEN CREATED: 12/05/2006   06-12771-GG
      PROCESSING FEE W/D              121807516050           $0.50
                                                       --------------
                          NET DEDUCTION AMOUNT:              $20.50

                     ENDING BALANCE FOR 12/18/07:            $79.51
```

```
IBSR140 (74)                                                                              12/05/07
                           FLORIDA DEPARTMENT OF CORRECTIONS                              09:03:26
                             TRUST FUND ACCOUNT STATEMENT                                 PAGE  74
                             FACILITY: 224 - TAYLOR ANNEX
                             FOR: 11/01/2007 - 11/30/2007

ACCT NAME: O'CONNOR, SEAN                    ACCT#: 138044
BED: J1219L                                  TYPE: INMATE TRUST
PO BOX:

                                                                    BEGINNING BALANCE 11/01/07     $0.01

POSTED                      REFERENCE
DATE    NBR    TYPE         NUMBER           FAC     REMITTER/PAYEE         +/-    AMOUNT    BALANCE
------  ---    ----         ---------        ---     --------------         ---    ------    -------
11/02/07 500  MONEY ORDER   0877652332370    999     KERNAGHAN, MICHELLE    +      $90.00    $71.51
11/04/07 065  CANTEEN SALES 2182007l103      000                            -      $64.96     $6.55
11/05/07 150  PROCESSING FEE WEEKLY DRAW     000                            -       $0.65     $5.90
11/06/07 065  CANTEEN SALES 2182007l105      000                            -       $5.74     $0.16
11/12/07 151  PROCESSING FEE WEEKLY DRAW     000                            -       $0.06     $0.10
11/16/07 065  CANTEEN SALES 2182007l115      000                            -       $0.09     $0.01
11/02/07 217  PROCESSING FEE 1102075002200   000                            -       $0.50     $0.49-
11/02/07 219  LIEN PAYMENT   1102075002200   000                            -      $18.00    $18.49-
              FED PRISON LITI - 12/05/2006   06-12771-GG

                                                                    ENDING BALANCE 11/30/07       $0.01

LIEN                                     LIEN       AMOUNT          AMOUNT
DATE    TYPE OF LIEN                     FACL       OF LIEN         STILL OWED
------  ------------                     ----       -------         ----------
SUMMARY FEDERAL PRISON LITIGATION                   $455.00         $369.40
```