UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  03-20716-CIV-MORENO

SEAN O'CONNOR,

    Plaintiff,

vs.

BEATRIXE EUGENE,

    Defendant.

_____/

### ORDER GRANTING MR. O'CONNOR'S MOTION FOR TAXATION OF COST

THIS CAUSE came before the Court upon Plaintiff's Motion for Taxation of Costs **(D.E. No. 165)** filed on **October 12, 2007** and as amended **(D.E. Nos. 168 and 176)**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Fed.R.App.P. 39(e)(4) authorizes this Court to tax costs for the "fee for filing the notice of appeal."  The $455 filing fee is taxed against the United States.  The Clerk of the Eleventh Circuit Court of Appeals is directed to reimburse Sean O'Connor in the amount that Mr. O'Connor has already paid toward the filing fee of his appeal in Sean O'Connor v. Arthur Brown, 06-12771-GG.  That amount was $105.60 as of January 8, 2008.  The Clerk is directed to verify the amount paid to ensure that all monies paid toward the filing fee are reimbursed.  The debt of the remaining portion of the filing fee is extinguished.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of January, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Sean O'Connor, *Pro Se*
DC# 138044
Taylor C.I. Annex
8629 Hampton Springs Rd.
Perry, Florida 32348

Clerk of the Eleventh Circuit Court of Appeals