# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# Case No. 03CV20716-FAM

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
Southern District of Florida.
Miami Division.

FILED by ___ D.C.
MAY 0 2 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Sean O'Connor
Plaintiff-Appellant,

v.

Beatrixe Eugene
Defendant-Appellee

REC'D by ___ D.C.
MAY - 5 2008
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

4/28/08   SWO

Case No: 03-20716-CIV-FAM
Appeal No: 06-12771-GG

Motion For Cost 28 U.S.C §§ 1915(b)(1)(4) and Fed. R. App. P. 39(a)(3)(e).

The Prison Litigation Reform Act, requires that petitioner pay "full filing fee". see. 28 U.S.C §§ 1915(b)(1)(4). Petitioner moves this court to order the defendant Beatrixe Eugene to pay the full amount of the filing fee $455.00 and to "reimburse" appellant in the amount Appellant has already paid toward appellate fee. $115.71 as of this filing. see. Goins v. Decaro, 241 F.3d 260, 262 (2d Cir 2001).

Petitioner, has filed his motion for taxation of cost [DE# 165] filed October 12, 2007 and some amendments thereafter. [DE# 168, 176] and one to the Eleventh Circuit Court on March 3, 2008, which I hereby resubmit to this Court, pursuant to that Courts ruling of April 14, 2008 see. Order

Accordingly, Appellant's right is to recover appellate filing fees from the Appellee, and the inmate lean removed from inmates account.

Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing Motion for taxation, has been furnished via U.S. Mail to Cren Rosenthal, 111 N.W. 1ST Street Suite 2810 Miami, Florida. 33125. By depositing the foregoing papers in the hands of prison officials for mailing to the above party(s) on this 28TH day of April, 2008.

Dated April 28, 2008.

Respectfully Submitted.

Sean O'Connor

Sean O'Connor 138044
Taylor Correction Institution
8629 Hamptonsprings, Rd.
Perry, Florida 32378.

```
IBSR140 (74)                                                                      04/03/08
                                                                                  10:16:55
                         FLORIDA DEPARTMENT OF CORRECTIONS                        PAGE  81
                          TRUST FUND ACCOUNT STATEMENT
                         FACILITY: 224 - TAYLOR ANNEX
                         FOR: 03/01/2008 - 03/31/2008

ACCT NAME: O'CONNOR, SEAN                    ACCT#: 138044
BED: L2220U                                  TYPE: INMATE TRUST
PO BOX:

         POSTED           REFERENCE
          DATE    NBR  TYPE   NUMBER    FAC  REMITTER/PAYEE   +/-   AMOUNT   BALANCE

                             NO TRANSACTIONS FOUND

                                                   BEGINNING BALANCE 03/01/08   $0.01

LIEN                                    LIEN                       AMOUNT
DATE       TYPE OF LIEN                 FACL       AMOUNT OF LIEN  STILL OWED
SUMMARY    FEDERAL PRISON LITIGATION    224        $455.00         $339.29

                                                   ENDING BALANCE 03/31/08      $0.01
```

```
IBSR140 (74)                                                              03/01/08
                        FLORIDA DEPARTMENT OF CORRECTIONS                 09:27:23
                         TRUST FUND ACCOUNT STATEMENT                     PAGE  168
                        FACILITY: 224 - TAYLOR ANNEX
                        FOR: 02/01/2008 - 02/29/2008

ACCT NAME: O'CONNOR, SEAN                    ACCT#: 138044
BED: L2220U                                  TYPE: INMATE TRUST
PO BOX:

LIEN                                    LIEN       AMOUNT         AMOUNT
DATE      TYPE OF LIEN                  FACL       OF LIEN        STILL OWED
------    ----------------------------  ----       ---------      ----------
SUMMARY   FEDERAL PRISON LITIGATION     224        $455.00        $339.29

                                                        ENDING BALANCE 02/29/08      $0.01
```

In the United States Court of Appeals
For the Eleventh Circuit.

Sean O'Connor

                Case No: 06-12771-GG
                Lower Case No: 03-20716-Civ-FAM.

vs.

Beatrixe Eugene

Amend and Supplement Motion for Taxation.

    Plaintiff/Appellant Sean O'Connor, in pro se, Filed his Motion for taxation and amended motions with the United States District Court. Fed. R. App. P. Rule 39(e). Whom granted appellant's Motion, directing this Court to reimburse plaintiff/appellant $165.60, Since then the department of Corrections has taken $10.11. Which would make the total payment $115.71. Which needs to be reimbursed and this Court need to direct the Department of Corrections to remove the lien in which this Court placed.
    Pursuant to Eleventh Circuit Court rules, this Court has jurisdiction over this matter.

Dated: 3/3/08

                          Respectfully Submitted
                          Sean O'Connor
                          Sean O'Connor 138044

Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing Amended Motion for Taxation, has been furnished via First Class United States Mail to: Oren Rosenthal, 111 N.W. 1st Street, Suite 2810, Miami, Florida, 33125

By depositing the foregoing papers in the hands of prison officials for mailing to the above party (ies) on this 3rd day of March, 2008.

Sean O'Cenner

Sean O'Cenner 138044
Taylor C.I.
8629 Hamphingsprings Rd.
Perry, Florida 32348

c/c Oren Rosenthal
c/c Beatrice Eugene
c/c Eleventh Circuit Clerk of Court
    56 Forsyth Street N.W.
    Atlanta, Georgia 30303