UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-20716-CIV-MORENO

SEAN O'CONNOR,

    Plaintiff,

vs.

ARTHUR BROWN, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR CONTEMPT

The Magistrate Judge filed a Report and Recommendation (**D.E. No. 194**) on **August 20, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 194**) on **August 20, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff's Motion for Contempt is DENIED without prejudice. The Court notes Defendant filed Notice of Compliance regarding the Award for costs issued on October 24, 2008.

DONE AND ORDERED in Chambers at Miami, Florida, this ⎯⎯ day of August, 2009.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record